NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**JOHN D. WILSON, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————————

2013-7037

———————————————

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-0165, Judge Lawrence B. Hagel.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for leave to file a corrected certificate of service for respondent-appellee's motion for an enlargement of time.

Upon consideration thereof,

JOHN WILSON, JR. V. SHINSEKI                                                         2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21